# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130457

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEBBIE ANN RUFF,
      Defendant-Appellant.

SC: 130457
COA: 266284
Genesee CC: 04-014241-FH

_____/

     On order of the Court, the application for leave to appeal the December 13, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk